Gabriel PITACUA, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 06–73141.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 18, 2006.*

Filed Dec. 21, 2006.

Gabriel Pitacua, Santa Maria, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See* 8 C.F.R. § 1003.2(b)(2) (establishing time limits for motions to reconsider); *United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stat-

ing standard). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.